VILLAGE OF PORT CHESTER, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 42829.) — *Per Curiam.*

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur in memorandum *Per Curiam*. [48 Misc 2d 690.]